J-S42025-14

NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| JAMES J. SEVERINO, JR. | |
| Appellant | No. 1856 WDA 2013 |

Appeal from the Judgment of Sentence October 23, 2013
In the Court of Common Pleas of Allegheny County
Criminal Division at No(s): CP-02-SA-0000925-2013

BEFORE:  PANELLA, J., JENKINS, J., and MUSMANNO, J.

DISSENTING STATEMENT BY PANELLA, J.     **FILED SEPTEMBER 15, 2014**

I respectfully disagree with my esteemed colleagues in the Majority that there was no evidence in the record indicating that Appellant's suspension was DUI-related.  The Majority notes that the Commonwealth relied on the police officer's testimony to establish the suspension rather than admitting into evidence a printout of the JNET records.  The Majority finds that the police officer's testimony was inadmissible hearsay.  ***See*** Memorandum Decision at 7.  The police officer's testimony was indeed hearsay.  However, Appellant never objected to the testimony.  In the absence of an objection, the testimony is competent evidence.  I would affirm the conviction.

Judge Musmanno and Judge Jenkins do not join in dissenting statement.